```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05294
   RUTHIE M HALL
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-9415


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/24/07 and confirmed on 05/29/07.

     2.  The case was dismissed after confirmation, 11/15/2007.

     3.  The Debtor paid a total of $   4600.16 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID        PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG    4330.13           .00      4330.13
CHASE HOME FINANCE         MORTGAGE ARRE   21628.95           .00          .00
COUNTY OF DUPAGE COMMUNI   SECURED             .00            .00          .00
PEOPLES CREDIT CO          SECURED VEHIC    2000.00           .00       133.32
ALLIED INTERSTATE          UNSECURED       NOT FILED          .00          .00
CBA COLLECTION BUREAU      UNSECURED       NOT FILED          .00          .00
ROUNDUP FUNDING LLC        UNSECURED         325.68           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00          .00
ILLINOIS DEPT REVENUE      PRIORITY          321.29           .00          .00
PEOPLES CREDIT CO          UNSECURED        1892.82           .00          .00
MONTEREY FINANCIAL SVCS    UNSECURED         656.20           .00          .00
ILLINOIS DEPT REVENUE      UNSECURED          60.00           .00          .00
          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  27959.08     321.29      2934.70        .00       31215.07
PRINCIPAL PAID       4463.45        .00          .00        .00        4463.45
INTEREST PAID            .00        .00          .00        .00             .00
TOTAL PAID           4463.45        .00          .00        .00        4463.45
The Debtor's attorney, GARY L SHILTS                , was allowed $   2000.00
and was paid $   1000.00   direct and $       .00   through the plan.

The Trustee received $    136.71 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 02/11/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
     CASE NO. 07 B 05294 RUTHIE M HALL
```